Decided April 8, 1998

### ADRIAN D. KING *v.* COMMISSIONER OF CORRECTION

The petitioner Adrian D. King's petition for certification for appeal from the Appellate Court, 47 Conn. App. 715 (AC 16754), is denied.

*Michael A. Rubino, Jr.*, special public defender, in support of the petition.

*Ellen A. Jawitz*, deputy assistant state's attorney, in opposition.

Decided April 8, 1998